# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Lawrence James Pearson | § | Case No. 16-25919 |
| Angela Marie Pearson | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/12/2016 . The undersigned trustee was appointed on 08/12/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $     1,432.88

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.51 |
| Bank service fees | 170.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]             $ | 1,262.37 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/16/2017 and the deadline for filing governmental claims was 10/16/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 358.22 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 358.22 , for a total compensation of $ 358.22 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.50 , for total expenses of $ 0.50 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/17/2019              By: /s/Cindy M. Johnson, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-25919 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Lawrence James Pearson | | | | Date Filed (f) or Converted (c): | 08/12/2016 (f) |
| | Angela Marie Pearson | | | | 341(a) Meeting Date: | 09/06/2016 |
| For Period Ending: | 03/17/2019 | | | | Claims Bar Date: | 10/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 2. Real Property | 360,000.00 | 0.00 | | 0.00 | FA |
| 3. Automobiles, trucks, trailers, and other vehicles and access | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 750.00 | 0.00 | | 0.00 | FA |
| 5. Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 6. Equipment for sports and hobbies | 500.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 8. Retirement or pensions accounts | 11,000.00 | 0.00 | | 0.00 | FA |
| 9. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 10. Checking, savings or other financial accounts, certificates | 4,000.00 | 3,082.88 | | 1,432.88 | FA |
| 11. Stock and interests in incorported and unincorporated busine | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $377,350.00 | $3,082.88 | $1,432.88 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Originally appeared to be equity in home, but then debtors amended to claim exemptions in home.  Originally appeared to be more equity for estate in bank account, but then debtor's moved around exemptions to claim more after trustee discovered true amount in bank account was over $3,000 higher than scheduled.  Trustee objected to moving of exemption, but court denied motion. Trustee has administered all assets. Preparing final report .

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | turn over the Estate Value of bank account funds. Duplicate asset 10 |
| RE PROP # | 2 | -- | 25834 Meadowland Circle, Plainfield IL 60585 Will County. Homestead exemption plus tenancy by the entirety exemption. |
| RE PROP # | 3 | -- | Acura MDX 2012 Approximate mileage 45000 |
| RE PROP # | 4 | -- | 2 couches, 1 refrigerator, oven, microwave, dishwasher, love seat, tv stand, chairs, beds, misc, tables, dishes, cookware and cooking tools, framed pictures |
| RE PROP # | 5 | -- | 3 computers printe, 3 tvs, 2 tablets, two phones |
| RE PROP # | 6 | -- | 2 bikesm total gym, se of golf clubs |
| RE PROP # | 7 | -- | wedding rings, costume jewelry |
| RE PROP # | 8 | -- | Roth IRA Retirement account Roth IRA RBC financial |
| RE PROP # | 9 | -- | Cash |
| RE PROP # | 10 | -- | Checking account PNC Bank account # 4632307869 (Debtrors originally exempted $4,000.00 but then amended exeptions). |
| RE PROP # | 11 | -- | 14 Wrenches, LLC an Illinois LLC 100% |

Initial Projected Date of Final Report (TFR): 03/30/2018     Current Projected Date of Final Report (TFR): 02/28/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 16-25919 | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: | Lawrence James Pearson | Bank Name: | BOK Financial |
| | Angela Marie Pearson | Account Number/CD#: | XXXXXX0517 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8738 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/17/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/25/17 | 10 | Lawrence J. Pearson<br>25834 Meadowland Cir<br>Plainfield, IL 60585-2843 | Turnover of funds | 1129-000 | $1,432.88 | | $1,432.88 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,422.88 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,412.88 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,402.88 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,392.88 |
| 02/15/18 | 101 | International Sureties, LTD<br>Suite 420<br>701 Poydras St<br>New Orleans, LA 70139 | 2018 Blanket Bond | 2300-000 | | $0.51 | $1,392.37 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,382.37 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,372.37 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,362.37 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,352.37 |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,342.37 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,332.37 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*               Page Subtotals:               $1,432.88               $100.51

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-25919 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Lawrence James Pearson | Bank Name: BOK Financial |
| Angela Marie Pearson | Account Number/CD#: XXXXXX0517 |
| | Checking |
| Taxpayer ID No: XX-XXX8738 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/17/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,322.37 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,312.37 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,302.37 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,292.37 |
| 12/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,282.37 |
| 01/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,272.37 |
| 02/28/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,262.37 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,432.88 | $170.51 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,432.88 | $170.51 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,432.88 | $170.51 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*         Page Subtotals:          $0.00          $70.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0517 - Checking | $1,432.88 | $170.51 | $1,262.37 |
| | $1,432.88 | $170.51 | $1,262.37 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,432.88 |
| Total Gross Receipts: | $1,432.88 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-25919  
Debtor Name: Lawrence James Pearson  
Claims Bar Date: 10/16/2017

Date: March 17, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $358.22 | $358.22 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $0.50 | $0.50 |
| 2 280 5800 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | | $8,000.00 | $8,201.56 | $8,201.56 |
| 1 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $5,500.00 | $5,329.34 | $5,329.34 |
| 3 300 7100 | Quantum3 Group Llc As Agent For<br>Moma Funding Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $271.00 | $392.62 | $392.62 |
| 4 300 7100 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>Po Box 10438, Mac F8235-02F<br>Des Moines, Ia 50306-0438 | Unsecured | | $11,132.00 | $11,424.92 | $11,424.92 |
| 5 300 7100 | Navient Solutions, Llc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Unsecured | | $2,574.00 | $1,573.10 | $1,573.10 |
| 6 300 7100 | Verizon<br>By American Infosource Lp As Agent<br>4515 N Santa Fe Ave<br>Oklahoma City, Ok 73118 | Unsecured | | $0.00 | $98.23 | $98.23 |
| 2a 380 7300 | Internal Revenue Service<br>Insolvency Department<br>Po Box 21125<br>Philadelphia, Pa 19114 | Unsecured | | $0.00 | $1,260.75 | $1,260.75 |
| | Case Totals | | | $27,477.00 | $28,639.24 | $28,639.24 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-25919                                                                                                    Date: March 17, 2019
Debtor Name: Lawrence James Pearson
Claims Bar Date: 10/16/2017

    Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-25919
Case Name: Lawrence James Pearson
                Angela Marie Pearson
Trustee Name: Cindy M. Johnson, Trustee

      Balance on hand                                             $         1,262.37

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 358.22 | $ 0.00 | $ 358.22 |
| Trustee Expenses: Cindy M. Johnson | $ 0.50 | $ 0.00 | $ 0.50 |

    Total to be paid for chapter 7 administrative expenses       $      358.72

    Remaining Balance                                         $      903.65

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,201.56 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $ 8,201.56 | $ 0.00 | $ 903.65 |

| | Total to be paid to priority creditors | $ | 903.65 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,818.21 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 5,329.34 | $ 0.00 | $ 0.00 |
| 3 | Quantum3 Group Llc As Agent For | $ 392.62 | $ 0.00 | $ 0.00 |
| 4 | Wells Fargo Bank, N.A. | $ 11,424.92 | $ 0.00 | $ 0.00 |
| 5 | Navient Solutions, Llc. | $ 1,573.10 | $ 0.00 | $ 0.00 |
| 6 | Verizon | $ 98.23 | $ 0.00 | $ 0.00 |

| | Total to be paid to timely general unsecured creditors | $ | 0.00 |
|---|---|---|---|
| | Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,260.75  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2a | Internal Revenue Service | $ 1,260.75 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |